[No. 47316-0-II.   Division Two.   October 18, 2016.]

BUSINESS SERVICES OF AMERICA II, INC., *Appellant*, v. WAFERTECH, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-02045-1, David E. Gregerson, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Lee, JJ.

[No. 47347-0-II.   Division Two.   October 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE FLORES-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00346-6, F. Mark McCauley, J., entered March 23, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.

[No. 47474-3-II.   Division Two.   October 18, 2016.]

FIRST NATIONAL BANK OF OMAHA, *Respondent*, v. DAVID T. GILCHRIST, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-2-00156-9, Gary B. Bashor, J., entered March 11, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47489-1-II.   Division Two.   October 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH RAYMOND WHEARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00050-5, James W. Lawler, J., entered April 22, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Lee, JJ.